IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 09-04258 BKT |
| MATILDE QUINONES MIRANDA | Chapter 13 |
| | |
| XXX-XX-6757 | |
| | **FILED & ENTERED ON 09/29/2011** |
| Debtor(s) | |

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor's request for reconsideration of the order dismissing the instant case (docket entry #45).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. The Order Dismissing the Case is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29 day of September, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: all creditors